Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

**20 CV 4682**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> ABCHOUSE, AILSAQUEEN, AMAZINGHAPPEN, ARMY, B2B_BABY, B2B_BAGS, B2B_LIFE, BABY_NO1, BAOZII, BEACHSANDY, BEST_SPORTS, BIG_FASHION, BIG_HOME, BOOKLIST, BRANDJEWELRYS21, CARS_ACCESSORIES, CHANGCHANG123, CHRISTY1221, CJX1234556, CN110910768, CONBOW, CREATIVEBAR, CXY187, DWFASHIONACCESSORY, E_SHOP2008, EGOMALL, FASHION_33, FASHION_NO1, FREE_BABY, GAILAI66, GOCAN, GOOD_HOME, GOOD_PRODUCT789, GOOD_SUNGLASSES, GRID, HAZZYS, HOMEROOM, JANET, JETBOARD, JINGJINGLIANG_NO4, JOOYOO05, JORAYXU123, JYZG, KIDS_DRESS, KUCHAIRLY, LIANGJINGJING_BAG, LIANGJINGJING_HOME, LIANGJINGJING_KITCHE, LIANGJINGJING_NO1, LIANGJINGJING_NO3, LIANGJINGJING_SOCKS, LIANGJINGJING_WATCH, LJJ_SUNGLASSES, LOVESONGS, LUCKY_LIFE, LUCKYANGEL_999, LXLWANPEARL, | CIVIL ACTION No. _____ <br><br> [PROPOSED] <br> ORDER TEMPORARILY SEALING FILE <br><br> FILED UNDER SEAL |

MANMUCATHERINE, MEGATRON, MENGBAO, MICHAEL8688, MONLOVEBABY, MOUNTAINSTORE_4, MOVESZM, MR_SPORT, NB_SPORT, NEW_TRENDS, OKMALL, ONLINE_EGOMALL, OUTDOOR9SPORTS, PARKLONDON, PBQY004, PINGWANG6, PORTS_SHOES, QINGMING11, SHENFA03, SHUAIJINJIN_CHINA, SPORT_NO1, STAYBEAUTY, STEM, SUIPAO, SUNING, SUPER088, SUPERMOTHER, SZYCD, TASS, TOP_TOY, TOPMEED, TOYCONG, VIOLA, WAVEWIND, WIN_HOME, WULINGLING9988, XIAOAMIN, XIXIUNCLE, YICSTORE, YIZHAN03, YS_OUTDOOR, ZC_OUTDOOR, ZEDANCHINA007 and ZHSH888,

*Defendants*

On this day, the Court considered Plaintiff's Application to Temporarily File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Jessica Arnaiz, LoriAnn Lombardo and Danielle S. Yamali and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 17th day of June, 2020, at 1:45 p.m.

_____
UNITED STATES DISTRICT JUDGE

**JUDGE RAMOS**

1