Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDEAVILLAGE PRODUCTS CORP.,
*Plaintiff*

V.

ABCHOUSE, *et al.,*
*Defendants*

CIVIL ACTION No.
20-cv-4682 (MKV)

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of settlement between the Plaintiff and the below named Defendants and notice of dismissal of all claims against Defendants B2b_baby, B2b_bags, B2b_life, Baby_no1, Best_sports, Big_fashion, Big_home, Cars_accessories, Fashion_no1, Free_baby, Good_home, Good_sunglasses, Janet, Jingjingliang_no4, Kids_dress, Liangjingjing_bag, Liangjingjing_home, Liangjingjing_kitche, Liangjingjing_no1, Liangjingjing_no3, Liangjingjing_socks,

Liangjingjing_watch, ljj_sunglasses, Monlovebaby, Mr_sport, Nb_sport, New_trends, Ports_shoes, Shuaijinjin_china, Sport_no1, Suning, Top_toy and Win_home the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: September 29, 2020

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: __/s/ Brieanne Scully_____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorney for Plaintiff*
*Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on __September__ _29_, 2020.

_____
Judge Mary Kay Vyskocil
United States District Judge

2